NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**CHEETAH OMNI LLC,**
*Plaintiff-Appellant,*

v.

**TELLABS, INC., TELLABS OPERATIONS, INC., AND TELLABS NORTH AMERICA, INC.,**
*Defendants-Appellees,*

AND

**FUJITSU NETWORK COMMUNICATIONS, INC.,**
*Defendant.*

---

2014-1332

---

Appeal from the United States District Court for the Eastern District of Texas in No. 6:11-cv-00390-TBD, Circuit Judge Timothy B. Dyk.

---

**ON MOTION**

---

**O R D E R**

Cheetah Omni LLC moves without opposition to dismiss this appeal.

2                                CHEETAH OMNI LLC v. TELLABS, INC.


Upon consideration thereof,

IT IS ORDERED THAT:

1)  The motion is granted.  The appeal is dismissed.

2)  Each side shall bear its own costs.


                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court


s21


ISSUED AS A MANDATE: September 15, 2014